IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR AN ORDER ) <br> AUTHORIZING THE INSTALLATION AND USE OF ) <br> A PEN REGISTER AND TRAP AND TRACE DEVICES, ) <br> AND THE DISCLOSURE OF TRANSACTIONAL ) <br> RECORDS AND INFORMATION FOR FACEBOOK ) <br> ACCOUNT IDENTIFIED AS https://www.facebook.com/ ) <br> profile.php?id=10006779409145 (Treylis Presley) ) | Case No. <br><br> 21-CM-60016-EFM |

## **ORDER**

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the Application and Order Authorizing the Installation and Use of a Pen Register and Trap and Trace Device in case number 21-CM-60016-EFM, filed on May 7, 2021, be unsealed.

_____
HONORABLE KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE